[No. 25800. *En Banc.* June 17, 1936.]

Lois Shea, *Respondent,* v. John Olson, *Appellant.*[1]

*Roberts & Skeel, W. R. McKelvy,* and *Clifford M. Langhorne,* for appellant.

*Cheney & Hutcheson, Walter J. Robinson, Jr.,* and *Snively & Bounds,* for respondent.

#### On Rehearing

Per Curiam—Upon a rehearing *En Banc,* a majority of the court adhere to the Departmental opinion heretofore filed herein, and reported in 185 Wash. 143, 53 P. (2d) 615.